1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

MARKEL INSURANCE COMPANY,

9

Plaintiff,

10

v.

11

GREAT BEGINNINGS CHILD
DEVELOPMENT AND DAY CARE

12

CENTER, et al.,

13

Defendants.

CASE NO. C14-5402 BHS

ORDER GRANTING
PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT

14

15   This matter comes before the Court on Plaintiff Markel Insurance Company's

16  ("Markel") motion for summary judgment (Dkt. 10).

17   On May 14, 2014, Markel filed a complaint seeking declaratory judgment that it

18  had no duty to defend or indemnify the named defendants. Dkt. 1. No defendant has

19  timely appeared or answered.

20   On August 7, 2014, Markel filed a motion for summary judgment. Dkt. 10. No

21  defendant has responded. On August 29, 2014, Markel replied and submitted evidence

22  that Defendants agreed not to oppose Markel's motion. Dkt. 12.

ORDER - 1

1    The Court has reviewed the motion and the remainder of the material on file and

2  concludes that Markel does not have a duty to defend or indemnify under the agreement

3  of insurance.  Therefore, the Court **GRANTS** Markel's motion for summary judgment.

4  The Clerk shall enter **JUDGMENT** in favor of Markel against Defendants.

5    **IT IS SO ORDERED.**

6    Dated this 17th day of September, 2014.

7

8    _____

9    BENJAMIN H. SETTLE
     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2